CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SULIMAN MEHRABAN,

                            Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al*.,

                            Defendants.

Case No. 3:25-cv-06268 JCS

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS;  ORDER \*AS MODIFIED BY THE COURT\***

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 5, 2025, the Court granted the parties' request to stay proceedings until February 3, 2026. Dkt. No. 12. Counsel for Plaintiff has been unable to contact Mr. Mehraban despite repeated attempts to contact him and will proceed to withdraw as counsel of record.

On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed January 23, 2025).  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 6, 2026, at which

Stipulation
C 3:25-cv-06268 JCS                                1

time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 3, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: February 3, 2026

/s/ Robert B. Jobe
ROBERT B. JOBE
Attorney for Plaintiff

### ORDER *AS MODIFIED BY THE COURT*

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until April 6, 2026
A Case Management Conference is set for 4/15/2026 at 2:00 p.m. via Zoom.

Date: February 4, 2026

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-06268 JCS                                    2